```
1  Rod Danielson
   Chapter 13 Trustee
2  4361 Latham Ave., Suite 270
   Riverside, CA 92501
3  Tel. (951) 826-8000, Fax (951) 826-8090
4
5
                    UNITED STATES BANKRUPTCY COURT
6              CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION
7  To:      Clerk, U.S. Bankruptcy Court
8  Re:     UNDISTRIBUTED FUNDS
9  Case No.:  6:10-bk-44695-MJ
10
   Debtor(s):  HUGO RAZO
11             BRENDA YADIRA LEON RAZO
               1015 S. CHURCH AVENUE
12             RIALTO, CA 92376
13
14 Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified
   below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence,
15 has not been able to locate the payee. Consequently, this check represents undistributed funds in the above
   referenced matter.
16
        Payee                                                        Amount
17
        HUGO RAZO & BRENDA YADIRA LEON RAZO                          $882.38
18
        1015 S. CHURCH AVENUE
19      RIALTO, CA 92376
20
21
22
23  Dated:  7/12/11                             _____
24                                              Rod Danielson, Trustee
25
    cc: Debtor, Attorney, Creditor
26
27
```

| | | | | | | |
|---|---|---|---|---|---|---|
| ROD DANIELSON, Chapter 13 Trustee | | | | Check #: 0357363 | | |
| Payee: US BANKRUPTCY COURT | | | | Date: Jul 11, 2011 | | |
| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
| 1044695 | HUGO & BRENDA YADIRA LEON RAZO | | 00000 | 882.38 | 0.00 | 882.38 |
| | | | TOTALS: | 882.38 | 0.00 | 882.38 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

HUGO RAZO
BRENDA YADIRA LEON RAZO
BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 882.38
CASE: 1044695
INTEREST: 0.00

16-4430
1220

**1st Enterprise Bank**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

| CHECK NUMBER |
|---|
| 0357363 |

| CHECK DATE | AMOUNT |
|---|---|
| Jul 11, 2011 | ********882.38** |

VOID 45 DAYS FROM DATE

**PAY**
Eight Hundred Eighty Two And 38 / 100 Dollars

**TO THE ORDER OF**
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0357363⑈ ⑆122044300⑆ ⑈030⑈100078⑈